UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 06-49090

RENAISSANCE STONE WORKS, L.L.C.,  Chapter 7

      Debtor.  Judge Thomas J. Tucker
_____/

## ORDER REGARDING ORDER FOR ABANDONMENT
## OF PROPERTY OF THE ESTATE

On this date, the Court entered an "Opinion Regarding Order For Abandonment of Property of the Estate." For the reasons stated by the Court in its Opinion,

IT IS ORDERED that the Trustee and Craig Cassel may file a stipulation to modify the Court's "Order For Abandonment Of Property Of The Estate" (Docket # 34), and submit an appropriate amended abandonment order, to provide for abandonment of the claims to the Debtor, rather than to Cassel, provided that they do so **no later than September 7, 2007.**

IT IS FURTHER ORDERED that if the Trustee and Cassel do not file such a stipulation by the deadline, the Court will vacate the "Order For Abandonment Of Property Of The Estate" (Docket # 34), in its entirety.

**Signed on August 27, 2007**        /s/ Thomas J. Tucker
      **Thomas J. Tucker**
      **United States Bankruptcy Judge**